## Commonwealth *v.* Holland, Appellant.

Submitted November 14, 1966. *James A. Holland,* appellant, in propria persona; *Charles B. Watkins* and

*Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.